FILED

05/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0235

NATHAN HARMON,

Plaintiff and Appellee,

v.

DAVID E. GEE, DAVID A. GEE, NUVIEW IRA,
INC., f/b/o DAVID E. GEE IRA and NUVIEW
IRA, INC., f/b/o DAVID A. GEE IRA,

Defendants and Appellants.

FILED

MAY 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Defendants and Appellants David E. Gee, David A. Gee, Nuview IRA, Inc., f/b/o David E. Gee IRA and Nuview IRA, Inc., f/b/o David A. Gee IRA (Gee) filed a notice of appeal from the Fifteenth Judicial District Court, Roosevelt County, Cause No. DV 20-0038. We have amended the caption to reflect the proper parties in this appeal.

Gee assert that this appeal is not taken from a final judgment as he is appealing only a specific order in the case entered February 22, 2023, and not appealing the final order in the case which was issued against a different defendant, who has not appealed, on March 28, 2023. Thus, Gee asserts that this matter is on appeal pursuant to M. R. Civ. P. 54(b).

Gee misunderstands the applicability of Rule 54(b). Under Rule 54(b)(1), when an action presents more than one claim for relief or when multiple parties are involved the court may direct entry of a final judgment as to one or more, but fewer than all claims or parties only if the court expressly determines that there is no just reason for delay. In the present case, Gee did not seek Rule 54(b) certification from the District Court. However,

certification is unnecessary as he appealed after final judgment was entered in the District Court. This matter is appealable pursuant to M. R. App. P. 6(1).

IT IS THEREFORE ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this ___9___ day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices